**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re The State of Texas Ex Rel. Brian W. Wice, Relator

Appellate case numbers:   01-20-00477-CR, 01-20-00478-CR, and 01-20-00479-CR

Trial court case numbers: 1555100, 1555101, and 1555102

Trial court:              185th District Court of Harris County

Relator, The State of Texas ex rel. Brian W. Wice., has filed a motion for en banc reconsideration. The Court requests a response to the motion for en banc reconsideration from Real Party in Interest Warren Kenneth Paxton, Jr. The response must be filed no later than **30 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually

Date: June 15, 2021